# Ogletree
# Deakins

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*
599 Lexington Ave, Fl 17
New York, New York 10022
Telephone: 212-492-2500
Facsimile: 973-656-1611
www.ogletree.com

jennifer.rygiel-boyd@ogletree.com

June 22, 2021

**BY ECF**
Hon. John G. Koeltl, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

*Conference adjourned to 8/6/21 at 3:00 P.M.*
*So ordered.*
*[signature] 6/22/21*
*U.S.D.J.*
*6/22/21*

Re: ***Tetley, et al v. Johnson Controls Fire Protection, LP***
*Case No. 1:21-cv-03800-JGK*

Dear Judge Koeltl:

This firm represents defendant Johnson Controls Fire Protection, LP ("JCFP") in the above-entitled matter. With the consent of counsel for Plaintiffs, JCFP respectfully submits this Letter-Motion requesting adjournment for 30 days of the initial pretrial conference currently scheduled for June 28, 2021. No previous request for adjournment has been made.

Defendant JCFP's deadline to Answer or Otherwise Move With Respect to the Complaint is July 9, 2021. No other orders have been entered in the case, and the parties have not engaged in any discovery to date, so adjournment of the conference will not impact any other dates or deadlines.

As noted above, counsel for Plaintiffs consents to this request. Thank you.

| USDS SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 06/22/2021 |

Respectfully Submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

/s/ Jennifer Rygiel-Boyd

JRB:pmu
cc:  Bruce E. Menken, Esq. (by ECF)
     Peter O. Hughes, Esq. (by ECF)
     Brian D. Lee, Esq. (by ECF)

47554826.1

Atlanta • Austin • Berlin (Germany) • Birmingham • Boston • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Denver • Detroit Metro • Greenville • Houston
Indianapolis • Kansas City • Las Vegas • London (England) • Los Angeles • Memphis • Mexico City (Mexico) • Miami • Milwaukee • Minneapolis • Montréal (Canada) • Morristown
Nashville • New Orleans • New York City • Oklahoma City • Orange County • Paris (France) • Philadelphia • Phoenix • Pittsburgh • Portland, ME • Portland, OR • Raleigh • Richmond
St. Louis • St. Thomas • Sacramento • San Antonio • San Diego • San Francisco • Seattle • Stamford • Tampa • Toronto (Canada) • Torrance • Tucson • Washington