UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GARY TETLEY ET AL.,

              Plaintiffs,

   - against -

JOHNSON CONTROLS FIRE PROTECTION LP,

              Defendant.

21-cv-3800 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by August 6, 2021.

SO ORDERED.

Dated:    New York, New York
           July 26, 2021

                                          John G. Koeltl
                                       United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/2021