**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------

GARY TETLEY, et. al.,

                Plaintiffs,

         -against-

JOHNSON CONTROLS FIRE PROTECTION LP
d/b/a JOHNSON CONTROLS,

           Defendant.

Case No.: 21-cv-03800-JGK

**NOTICE OF MOTION FOR**
**PRELIMINARY APPROVAL OF**
**CLASS AND COLLECTIVE ACTION**
**SETTLEMENT**

-------------------------------------------------------------------

     **PLEASE TAKE NOTICE** that upon the Declaration of Jason Rozger, dated January 10, 2023, together with the exhibits annexed thereto, the parties' settlement agreement, Plaintiffs' Memorandum of Law, dated January 13, 2022, and all pleadings and proceedings previously had herein, the parties will move before the Honorable John G. Koeltl, United States District Judge, on a date to be determined by the Court, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, Courtroom 14A, New York, New York for an order: i) granting preliminary approval of the proposed settlement agreement; (ii) certifying the Settlement Class pursuant to the provisions of Fed. R. Civ. P. 23(b)(3); (iii) conditionally certifying the case as a collective action under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b); (iv) scheduling a fairness hearing to consider final approval of the settlement; (v) directing that notice of the proposed settlement and final approval hearing be provided to absent class members in a manner consistent with the Settlement Agreement and the Notice

Packet, and in the form and content substantially as set forth in the Settlement Agreement; (vi)

entering the proposed Order for Preliminary Approval filed contemporaneously herewith; and

(vii) for such other and further relief as the Court deems just, proper, and equitable.

Dated: New York, New York
        January 13, 2022

                                    MENKEN SIMPSON & ROZGER LLP

                            By:     */s/ Jason Rozger*
                                    Jason Rozger
                                    80 Pine Street, 33rd Floor
                                    New York, New York 10005
                                    Tel.: (212) 509-1616
                                    Fax (212) 509-8088
                                    jrozger@nyemployelaw.com