UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARY TETLEY, ET AL.,

                Plaintiffs,

- against -

JOHNSON CONTROLS FIRE PROTECTION LP,

                Defendant.

21-cv-3800 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiffs are directed to submit courtesy copies of all papers filed in connection with the motion for preliminary approval of class and collective action settlement. ECF No. 34.

SO ORDERED.

Dated:    New York, New York
            January 16, 2023

                                      John G. Koeltl
                                United States District Judge