UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GARY TETLEY, ET AL.,

                Plaintiffs,

- against -

JOHNSON CONTROLS FIRE PROTECTION LP,

                Defendant.

---

21-cv-3800 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The parties are directed to appear, by phone, for a hearing on **Thursday, February 2, 2023 at 11:00 a.m.** in connection with the motion for preliminary approval of the class and collective action settlement. ECF No. 34.

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           January 20, 2023

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                                    United States District Judge