UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------

GARY TETLEY, et. al.,

        Plaintiffs,

   -against-

JOHNSON CONTROLS FIRE PROTECTION LP d/b/a JOHNSON CONTROLS,

        Defendant.

------------------------------------------------------------------

Case No.: 21-cv-03800-JGK

**NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**

**PLEASE TAKE NOTICE** that upon the Declaration of Jason Rozger, dated June 20, 2023, the Declaration of Bruce Menken, dated June 20, 2023, the Declaration of David Breshears, dated June 20, 2023, together with the exhibits annexed thereto, the parties' settlement agreement, Plaintiffs' Memorandum of Law, dated June 20, 2023, and all pleadings and proceedings previously had herein, the parties will move before the Honorable John G. Koeltl, United States District Judge, on June 26, 2023 at 2:30 PM, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, Courtroom 14A, New York, New York for an order: 1) finally approving the parties' class action settlement; 2) approving the Representative Enhancement Payments to each of the five named Plaintiffs in this case of $10,000 each; 3) approving the awards to class counsel of $34,767.09 in case expenses and 28% of the settlement, or $672,000, in attorneys' fees, 4) approving $20,000 in settlement

administrative costs; and; and 5) for such other and further relief as the Court deems just, proper, and equitable.

Dated: New York, New York
June 20, 2023

MENKEN SIMPSON & ROZGER LLP

By: */s/ Jason Rozger*
Jason Rozger
80 Pine Street, 33rd Floor
New York, New York 10005
Tel.: (212) 509-1616
Fax (212) 509-8088
jrozger@nyemployelaw.com

ATTORNEYS FOR PLAINTIFFS
AND CLASS