```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GARY TETLEY, et al.,
                        Plaintiff(s)
                                                                          21 civ 3800 (JGK)
        -against-

JOHNSON CONTROLS FIRE PROTECTION, LP,,
                        Defendant(s).
-----------------------------------------------------------X
```

## ORDER

The Court, having entered an order granting final approval of the settlement on June 26, 2023,

The Clerk is directed to close this case.

**SO ORDERED.**

                                                              JOHN G. KOELTL
                                             **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        July 10, 2023